UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANEL FLORES BAINES, | ) | No. EDCV 07-1170-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: December 11, 2008     /S/ Rosalyn M. Chapman
                                           ROSALYN M. CHAPMAN
                                UNITED STATES MAGISTRATE JUDGE

R&R-MDO\07-1170.jud
12/10/08